# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Douglas Taylor STADLER,<br><br>Defendant. | Case No.: '21 MJ2044<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. §§ 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about May 20, 2021, within the Southern District of California, Douglas Taylor STADLER, did knowingly and intentionally import a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent Vincenzo L. Zoni
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 21st of May 2021.

_____
HON KAREN S. CRAWFORD
U.S. MAGISTRATE JUDGE

## STATEMENT OF FACTS

On May 20, 2021, at approximately 2:49 PM, Douglas Taylor STADLER, ("STADLER"), a United States citizen, applied for entry into the United States from Mexico through the San Ysidro Port of Entry in vehicle lane #15. STADLER was the driver, sole occupant, and registered owner of a 2021 Subaru Crosstrek ("the vehicle") bearing Nevada license plates.

A Customs and Border Protection Officer received two negative Customs declarations from STADLER. STADLER stated he was crossing the border to go to Reno, Nevada. The CBPO observed body panels sounded unusually solid and requested assistance requested assistance from a Canine Enforcement Team.

A Canine Enforcement Team was conducting pre-primary operations when the Human and Narcotic Detection Dog alerted to the rear bumper of the vehicle.

Further inspection of the vehicle resulted in the discovery of 90 packages concealed in the rear bumper, quarter panels and doors of the vehicle, with a total approximate weight of 32.58 kg (71.67 lbs). CBPOs discovered a microphone in the center console and global positioning system tracker wired behind the vehicle glove box. A sample of the substance contained within the packages field tested positive for the characteristics of methamphetamine.

STADLER was placed under arrest at approximately 10:25 PM.

1

During a post-Miranda interview, STADLER denied knowledge that the narcotics were in the vehicle. STADLER stated that he was going to Reno, Nevada. STADLER said on this trip to Mexico and approximately two weeks prior, he had his vehicle cleaned in Tijuana by an individual known to him as "Elvis". After returning to the United States, "Elvis" directed STADLER to meet an individual named "Carlos" at a 7-11 near Gardena, California. While at the 7-11, STADLER said he gave the vehicle to "Carlos" who took it and performed additional work, before returning the vehicle to STADLER.

STADLER was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance.